**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                  4:13-CR-00047-02-BRW

**ORLANDO WILLIAMS**

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 115). A motion to continue the hearing previously set for July 22, 2015, was granted. The Clerk's office is directed to issue a summons for the defendant, Orlando Williams, and a Hearing on the Motion is re-set for **Friday, July 31, 2015 at 3:00 p.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, <u>Courtroom #389</u>, Little Rock, Arkansas.

IT IS SO ORDERED this 21st day of July, 2015.

                                        /s/Billy Roy Wilson
                               UNITED STATES DISTRICT JUDGE